UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAY WELLMAN, ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | |
| v. ) | 1:14-CV-01381-LTW |
| ) | |
| XERIOM, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER AND FINAL JUDGMENT

This matter having come before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice and Incorporated Memorandum of Law, and this Court, upon consideration of the submissions of the parties and all matters of record, including the Settlement Agreement and General Release, having found good cause why said motion should be granted,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the terms and provisions of the Settlement Agreement and General Release have been entered into in good faith and are hereby fully and finally approved as a fair and reasonable resolution of a bona fide dispute over FLSA provisions. The parties are hereby directed to implement and consummate the Settlement Agreement and General Release according to its terms and provisions.

The terms of the Settlement Agreement and General Release and of this Order and Final Judgment shall be forever binding on Plaintiff, as well as his heirs, representatives, executors and administrators, successors and assigns, and those terms shall have res judicata and full preclusive effect in all pending and future claims, lawsuits, or other proceedings maintained by or on behalf of any such persons or entities, to the extent those claims, lawsuits, or other proceedings involve matters that were or could have been raised in this action or are otherwise encompassed by the Settlement Agreement and General Release.

Nothing in this Order and Final Judgment or any order entered in connection herewith shall preclude any action to enforce the terms of this Order and Final Judgment or the Settlement Agreement and General Release.

This action is hereby dismissed with prejudice, without fees or costs to any party except as specifically provided in the Settlement Agreement and General Release.

The Court expressly directs the entry of judgment and authorizes the Clerk of Court to enter this Order and Final Judgment as a final order.

IT IS SO ORDERED this __3__ day of __December__, 2014.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE


Submitted and consented to by:

/s/ Louis R. Cohan
(*by Matthew W. Clarke with express permission*)
Louis R. Cohan
Georgia Bar No. 173357
Michelle L. Wein
Georgia Bar No. 385424

COHAN LAW GROUP, LLC
3340 Peachtree Road, N.E.
Suite 2570
Atlanta, Georgia 30326
Telephone: (404) 891-1770
Facsimile: (404) 891-5094
lcohan@cohanlawgroup.com
mwein@cohanlawgroup.com

*Attorneys for Plaintiff*

/s/ Matthew W. Clarke
Matthew W. Clarke
Georgia Bar No. 127430
Margaret F. DeLockery
Georgia Bar No. 973113

SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
mclarke@sgrlaw.com
mdelockery@sgrlaw.com

*Attorneys for Defendant*